1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8
9
10
11
12
13

RANCE POINTEC,

              Plaintiff,

v.

JULIE GEOGEHGAN, CAROL THAMERT, DALE FETROE, JACQUELINE FLUAITT,

              Defendants.

CASE NO. C12-5578BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

14     This matter comes before the Court on the Report and Recommendation ("R&R")

15 of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 21. The

16 Court having considered the R&R and the remaining record, and no objections having

17 been filed, does hereby find and order as follows:

18     (1)    The R&R is **ADOPTED**; and

19     (2)    Defendants' motion to dismiss (Dkt. 18) is **granted in part and denied in part** as follows:

20

21         (a)    Defendants' motion to dismiss Plaintiff's claims against Defendant Jacqueline Fluaitt is **GRANTED** and the claims are **dismissed with prejudice** and **without leave to amend;**

22

ORDER -- 1

1

      (b)    Defendants' motion to dismiss Plaintiff's claims for failure to exhaust is **DENIED**;

2

3

      (c)    Defendants' motion to dismiss Plaintiff's Eighth Amendment claim against Defendants Geoghegan, Thamert, and Fetroe and for qualified immunity is **DENIED.** Plaintiff may file an Amended Complaint within **twenty (20) days** of this order. If he fails to do so, the Court will grant Defendants' motion to dismiss; and

4

5

      (d)    This matter shall be re-referred to the Hon. Karen L. Strombom upon Plaintiff's filing of an Amended Complaint.

6

7 .

8 Dated this 7th day of March, 2013.

9

10

                                                  BENJAMIN H. SETTLE

11                                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22