UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANCE POINTEC,<br><br>  Plaintiff,<br><br>v.<br><br>J. GEOGHEGAN, et al.,<br><br>  Defendants. | No. C12-5578 BHS/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' Motion for Summary Judgment (Dkt. 26) is **GRANTED** and Plaintiff's claims against Defendants are **dismissed with prejudice**.

**DATED** this 1st day of July, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION